UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENA MELNICK,<br><br>Plaintiff,<br><br>-against-<br><br>LORD GOD,<br><br>Defendant. | 26-cv-6951 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 27, 2026, Order, this action is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 4, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge